McGREGOR W. SCOTT
United States Attorney
KAREN ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
FEB 27 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00049 BAM |
| Plaintiff, | SEALING ORDER |
| v. | **UNDER SEAL** |
| TAN MINH VO, TIEN VAN PHAN, HALEN FRAZIER, AND DAVID AGUSTUS MCGOWAN, | |
| Defendants. | |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 2/27/19

_____
Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

SEALING ORDER          1