McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TAN VO, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:19-MJ-49<br><br>UNITED STATES' MOTION TO UNSEAL AND ORDER THEREON |

The United States, by and through its undersigned attorneys, hereby moves to unseal the complaint filed in the above-captioned matter in light of the arrest of Defendant Vo and superseding indictment filed in the Patrick Maldonado matter.

Dated: March 15, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ KAREN A. ESCOBAR
　　KAREN A. ESCOBAR
　　Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: March 15, 2019

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE