HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HOPE ALLEY, Bar #314109
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561



FILED

MAR 18 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PATRICK MALDONADO, et al.,<br><br>    Defendants. | Case No. 1:18-cr-00253 DAD-BAM<br><br>**APPLICATION AND [PROPOSED]<br>ORDER APPOINTING COUNSEL** |

    Defendant, Tan Minh Vo, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

    On March 14, 2019, a Superseding Indictment was filed in this district and is currently under seal. Defendant was previously arraigned in the Northern District of California, with the assistance of CJA panel counsel, was released and ordered to report in this district on the earliest possible date. Counsel is needed in order to set a court date in this district.

    Therefore, it is respectfully recommended that counsel be appointed.

DATED: March 14, 2019

                                              /s/ Charles J. Lee
                                              CHARLES J. LEE
                                              Assistant Federal Defender
                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court above, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

Dated: March 18, 2019

_____
HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE