1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  CHRISTINA CORCORAN, NY SBN # 5118427
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA 93721
4  Telephone:  (559) 487-5561
   Facsimile:   (559) 487-5950
5

6  Attorneys for Defendant
   DAVID AGUSTUS McGOWAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | Case No. 1:18-cr-00253-DAD-BAM |
12 |       Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER |
13 | v. | |
14 | TAN MINH VO and , | |
15 | DAVID AGUSTUS McGOWAN, | |
16 |       Defendants. | |

19     IT IS HEREBY STIPULATED, by and between the parties through their respective

20 counsel, that the briefing schedule previously set on January 19, 2022,, be modified as set forth

21 below, and that the motion hearing currently set for May 23, 2022, at 11:00 a.m., be continued to

22 Monday, July 11, 2022, at 11:00 a.m..

23     • Defense motions due May 9, 2022.

24     • Government opposition due June 6, 2022.

25     • Defense reply due June 20, 2022.

26     • Motion hearing to be set on July 11, 2022, at 11:00 a.m. before the

27       Honorable Dale A. Drozd, United States District Court Judge.

28

The parties previously stipulated to an exclusion time through October 4, 2022, so no further exclusion is necessary at this time.

IT IS SO STIPULATED.

Dated:  April 1, 2022                           PHILLIP A.  TALBERT
                                                United States Attorney

                                                /s/ KAREN A. ESCOBAR_____
                                                KAREN A. ESCOBAR
                                                Assistant United States Attorney

Dated:  April 1, 2022                           */s/ Christina M. Corcoran*
                                                CHRISTINA CORCORAN
                                                Counsel for Defendant
                                                DAVID McGOWAN

Dated:  April 1, 2022                           */s/ Peter M. Jones*
                                                PETER M. JONES
                                                Counsel for Defendant
                                                Tan Minh Vo

## ORDER

The briefing schedule on the defense motion is hereby modified in accordance with the above.  Any defense motion is to be filed on or before May 9, 2022.  Any government opposition is to be filed on or before June 6, 2022.  Any defense reply is to be filed on or before June 20, 2022.  A hearing on the motion is hereby set for July 11, 2022, at 11:00 a.m. before the Honorable Dale A. Drozd, United States District Court Judge.   Time has previously been excluded in this case through October 4, 2022, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  (*See* Doc. No. 261.)

IT IS SO ORDERED.

Dated:   **April 4, 2022**                     _____
                                                UNITED STATES DISTRICT JUDGE