PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                v.<br><br>TAN MINH VO and<br>DAVID AGUSTUS McGOWAN,<br><br>                              Defendants. | CASE NO. 1:18-CR-00253-DAD-BAM<br><br>STIPULATION REGARDING VACATING TRIAL DATE AND SETTING STATUS CONFERENCE; AND ORDER<br><br>DATE: October 4, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a trial on October 4, 2022.

2.      By this stipulation, defendants now move to vacate the trial date and set a status conference on October 12, 2022, and exclude time between October 4, 2022, and October 12, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties further agree that vacating the trial date is appropriate given the pending suppression motion filed by Defendant McGowan, which was argued on July 11, 2022 and continued for further briefing.

4.      The parties agree and stipulate, and request that the Court find the following:

a)     Counsel for defendants desire additional time to determine the outcome of the pending motion, to conduct further investigation, review the government's proposed plea offers with the defendants, and assess the appropriate disposition.

b)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)     The government does not object to the continuance.

d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2022 to October 12, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 28, 2022

                                     PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ KAREN A. ESCOBAR
                                     KAREN A. ESCOBAR
                                     Assistant United States Attorney

Dated:  July 28, 2022                           /s/ PETER M. JONES
                                                PETER M. JONES
                                                Counsel for Defendant
                                                TAN MINH VO

Dated:  July 28, 2022                           /s/ CHRISTINA CORCORAN
                                                CHRISTINA CORCORAN
                                                Counsel for Defendant
                                                DAVID AGUSTUS
                                                McGOWAN


### **ORDER**

IT IS SO ORDERED that the trial date set for October 4, 2022, and trial confirmation set for September 19, 2022, are vacated. A status conference hearing is set for **October 12, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.   Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 1, 2022**                   /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE