PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00253-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING STATUS CONFERENCE; AND ORDER |
| v. | |
| TAN MINH VO and DAVID AGUSTUS McGOWAN, | DATE: October 12, 2022 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 12, 2022.

2. By this stipulation, defendants now move to continue the status conference on October 12, 2022 to January 25, 2023, and exclude time between October 12, 2022, and January 25, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties further agree that continuing the matter is appropriate given the pending suppression motion filed by Defendant McGowan, which was argued on July 11, 2022, continued for further briefing, submitted to the Court on September 16, 2022, and is now under submission.

4. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

      a)    Counsel for defendants desire additional time to determine the outcome of the pending motion, to conduct further investigation, review the government's proposed plea offers with the defendants, and assess the appropriate disposition.

      b)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The defendants are not in custody.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 12, 2022 to January 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) and (h)(7)(A), B(iv) [Local Code T4] because it results from delay from consideration of a pretrial motion and a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 4, 2022                            PHILLIP A. TALBERT
                                                        United States Attorney

                                                      /s/ KAREN A. ESCOBAR
                                                      KAREN A. ESCOBAR
                                                      Assistant United States Attorney

Dated:  October 4, 2022            /s/ PETER M. JONES
                                              PETER M. JONES
                                              Counsel for Defendant
                                              TAN MINH VO

Dated:  October 4, 2022            /s/ CHRISTINA CORCORAN
                                              CHRISTINA CORCORAN
                                              Counsel for Defendant
                                              DAVID AGUSTUS
                                              McGOWAN

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 12, 2022, to **January 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(D) and (h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 5, 2022**            /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE