PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>TAN MINH VO,<br><br>           Defendant. | CASE NO. 1:18-CR-00253-DAD-BAM<br><br>STIPULATION REGARDING CHANGE OF PLEA; AND ORDER<br><br>DATE: December 12, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 25, 2023.

2. By this stipulation, defendant now moves to set this matter for a change of plea on December 12, 2022, at 8:30 a.m. and to vacate the January 25 status conference date as to this defendant only. Time was previously excluded to and through January 25, 2023.

///

///

///

///

STIPULATION; [PROPOSED] ORDER                           1

IT IS SO STIPULATED.

Dated:  October 31, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  October 31, 2022

/s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
TAN MINH VO

## **ORDER**

IT IS SO ORDERED that the status conference set for January 25, 2023, is vacated. A change of plea hearing is set for **December 12, 2022, at 8:30 a.m. before District Judge Ana de Alba**.  Time was previously excluded to and through January 25, 2023.

IT IS SO ORDERED.

Dated:  **October 31, 2022**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE