1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:18-CR-00253-ADA-BAM

12                     Plaintiff,          PRELIMINARY ORDER OF FORFEITURE

13              v.

14 TAN MINH VO,

15                     Defendant.

16

17       Based upon the plea agreement entered into between the United States of America and

18 defendant Tan Minh Vo, it is hereby

19       ORDERED, ADJUDGED and DECREED as follows:

20       1.      Pursuant to 21 U.S.C. § 853(a), defendant Tan Minh Vo's interest in the following

21 property shall be condemned and forfeited to the United States of America, to be disposed of

22 according to law:

23              a.   Springfield Armory XD .45 caliber pistol, serial number US502468;

24              b.   Rock Island Armory Pistol, serial number RIA1512714;

25              c.   Custom Glock 9mm pistol;

26              d.   Springfield Armory .45 caliber magazine;

27              e.   Two 9mm Glock magazines;

28              f.   .45 caliber ACP magazine;

PRELIMINARY ORDER OF FORFEITURE             1

1          g.   SigPro 9mm magazine;

2          h.   All ammunition seized in this case; and

3          i.    Approximately \$45,281.00 in U.S. Currency.

4       2.      The above-listed assets constitute, or are derived from, any proceeds the

5 defendants obtained, directly or indirectly, or is property used, or intended to be used, in any

6 manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§

7 841(a)(1), 841(b)(1)(B), and 846.

8       3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be

9 authorized to seize the above-listed property.  The aforementioned property shall be seized and

10 held by the U.S. Marshals Service in its secure custody and control.

11       4.      a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall

12 publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney

13 General's (or a designee's) intent to dispose of the property in such manner as the Attorney

14 General may direct shall be posted for at least thirty (30) consecutive days on the official

15 internet government forfeiture site www.forfeiture.gov.  The United States may also, to the

16 extent practicable, provide direct written notice to any person known to have alleged an interest

17 in the property that is the subject of the order of forfeiture as a substitute for published notice as

18 to those persons so notified.

19          b.  This notice shall state that any person, other than the defendants, asserting a

20 legal interest in the above-listed property, must file a petition with the Court within sixty (60)

21 days from the first day of publication of the Notice of Forfeiture posted on the official

22 government forfeiture site, or within thirty (30) days from receipt of direct written notice,

23 whichever is earlier.

24 ///

25 ///

26 ///

27 ///

28 ///

1         5.      If a petition is timely filed, upon adjudication of all third-party interests, if any,

2    this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all

3    interests will be addressed.

4

5

6    IT IS SO ORDERED.

7       Dated:    December 19, 2022

                          UNITED STATES DISTRICT JUDGE