PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAN MINH VO,<br><br>Defendant. | CASE NO. 1:18-CR-00253 ADA-BAM<br><br>AMENDED STIPULATION REGARDING RESETTING SENTENCING; ORDER<br><br>DATE: March 13, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 13, 2023.

2. By this stipulation, the parties agree to reset sentencing for March 27, 2023, at 8:30 a.m., to accommodate counsel for the government's unavailability on March 20, 2023 due to business travel.

3. The parties further stipulate to the following revised presentence schedule:

Filing of informal objections to draft presentence report: February 20, 2023

**Judgment and Sentencing Date: March 27, 2023**

**Reply or Statement of Non-Opposition: March 20, 2023**

**Formal Objections to the Presentence Report shall be filed with the Court and**

1

**served on the Probation Officer and opposing counsel no later than: March 13, 2023**

**The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: March 6, 2023**

**Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: February 27, 2023**

IT IS SO STIPULATED.

Dated: February 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: February 14, 2023

/s/ PETER M. JONES
PETER M. JONES
Counsel for Defendant
TAN MINH VO

IT IS SO ORDERED.

Dated:   February 14, 2023

_____
UNITED STATES DISTRICT JUDGE