1  **WANGER JONES HELSLEY PC**
   265 E. River Park Circle, Suite 310
2  Fresno, California 93720
   Telephone: (559) 233-4800
3  Facsimile: (559) 233-9330

4  Peter M. Jones #105811

5  Attorneys for: Defendant Tan Minh Vo

6

   **UNITED STATES DISTRICT COURT**
7
   **EASTERN DISTRICT OF CALIFORNIA**
8

9  | UNITED STATES OF AMERICA, | Case No. 1:18-CR-00253 ADA BAM |

10         **Plaintiff,**                **STIPULATION TO ALLOW**
                                          **DEFENDANT TO TRAVEL TO**
11        **v.**                         **COSTA MESA, CA, TO VISIT**
                                          **FAMILY; DECLARATION OF**
12 **TAN MINH VO,**                      **PETER M. JONES IN SUPPORT**
                                          **OF STIPULATION; ORDER**
13        **Defendant.**                 **THEREON**

14

15         Defendant, TAN MINH VO, by and through counsel, Peter M. Jones, and

16 Plaintiff, United States of America, by and through counsel, Karen Escobar, hereby stipulate as

17 follows: That the condition of pretrial release supervision by Pretrial Services restricting

18 Defendant's travel to the Northern and Eastern Districts of California, be modified; and that he

19 be allowed to travel to Costa Mesa, CA, between the dates of April 21, 2023 and May 1, 2023.

20 All other terms and conditions not in conflict with this order shall remain in full force and effect.

21 DATED: APRIL 21, 2023.            RESPECTFULLY SUBMITTED,

22

23                                   BY: __/s/ *PETER M. JONES*_____
                                         PETER M. JONES, COUNSEL FOR
24                                       TAN MINH VO

25 DATED: APRIL 25, 2023            PHILLIP A. TALBERT, U.S. ATTORNEY

26                                   By:__/s/ *Karen Escobar*_____
                                        KAREN ESCOBAR,
27                                      ASSISTANT U.S. ATTORNEY

   {8348/002/01595443.DOCX}
                                              1
28 STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO COSTA MESA, CA, TO VISIT FAMILY;
   DECL. OF PETER M. JONES IN SUPPORT OF STIPULATION; [PROPOSED] ORDER THEREON

**DECLARATION OF PETER M. JONES**

1. I am an attorney duly licensed to practice in the State of California. I am counsel of record for Defendant, Tan Minh Vo, in the above-captioned action. Except as to matters based on information and belief, I have personal knowledge of the matters set forth in this declaration. Regarding matters stated on information and belief, I believe them to be true. If called upon as a witness to testify about the content of this Declaration, I could and would competently do so.

2. Defendant, Tan Minh Vo, was sentenced to serve 37 months in federal confinement on March 27, 2023. He was ordered to self- surrender to the U.S. Marshal's Office on May 18, 2023 to begin serving his sentence. Pending his self-surrender he has been allowed to remain released on a Property Bond with additional terms and conditions. He continues to be monitored by Pretrial Services in the Northern and Eastern Districts of California. Mr. Vo has complied with all pretrial service requirements for over three years.

3. Pursuant to the advice of pretrial services, Mr. Vo asked that I seek permission of the court to allow him to travel to 412 Enclave Circle, Costa mesa, CA 92626, to see family member, Kennedy Tran, and his wife, who is pregnant. He will be travelling with Stephany Tran, his common-law wife. He will leave on or after 4/21/2023 and return to San Jose by 5/1/2023.

4. I have been in contact with AUSA, Karen Escobar, and Pretrial Services Officer, Edgar Juarez (No. Dist.) Officer Juarez discussed the modification with Pretrial Officers for the Eastern District. Neither the Government nor pretrial services have any opposition to Mr. Vo's travel plan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on **April 21, 2023** at Fresno California.

/s/ *Peter M. Jones*_____
Peter M. Jones

{8348/002/01595443.DOCX}

2

STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO COSTA MESA, CA, TO VISIT FAMILY;
DECL. OF PETER M. JONES IN SUPPORT OF STIPULATION; [PROPOSED] ORDER THEREON

## **ORDER**

Having reviewed the above STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO COSTA MESA, CA, TO VISIT FAMILY, and Good Cause Appearing, it is hereby ordered that Defendant, Tan Minh Vo, be allowed to travel to 412 Enclave Circle, Costa Mesa, CA 92626, leaving no earlier than 4/21/2023 and returning no later than 5/1/2023. All other standard and specific conditions of release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   April 25, 2023   

_____
UNITED STATES DISTRICT JUDGE

{8348/002/01595443.DOCX}

3

STIPULATION TO ALLOW DEFENDANT TO TRAVEL TO COSTA MESA, CA, TO VISIT FAMILY;
DECL. OF PETER M. JONES IN SUPPORT OF STIPULATION; [PROPOSED] ORDER THEREON