**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for:    Defendant TAN MINH VO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAN MINH VO<br><br>    Defendant. | Case No. 1:18-CR-00253 ADA BAM<br><br>**AMENDED *EX PARTE* APPLICATION TO EXONERATE BOND AND RELEASE DEED OF TRUST; ORDER THEREON** |

Defendant, TAN MINH VO, through his attorney Peter Jones, hereby applies for an order exonerating the bond and releasing the $100,000.00 Deed of Trust that was posted in Santa Clara County as a condition of the bond in the above-entitled case. A $100,000.00 Property Bond was set on March 14, 2019. One of the conditions of the bond was that the bond be secured by a Deed of Trust against the property of Stephany Tran. The $100,000.00 Deed of Trust was recorded at the Santa Clara County Recorder's Office on March 22, 2019.

**On May 28, 2019, the Northern District of California forwarded the Deed of Trust No. 24140521 to the Eastern District of California as collateral.**

On March 27, 2023, Defendant Tan Minh Vo was sentenced to 37 months in the custody of the Bureau of Prisons. Whereas, Defendant Tan Minh Vo has satisfied the conditions of release in the Eastern District of California, it is requested that the $100,000.00 bond be exonerated and the $100,000.00 Deed of Trust be released.

Since the Clerk of the **Eastern** District of California is the beneficiary of the $100,000.00 property bond, the Clerk of the **Eastern** District of California should be ordered to release and reconvey the Deed of Trust now on file at the Santa Clara County Recorder's Office as Document No. 24140521 to the property owner, Stephany Tran.

Therefore, exoneration of the bond is warranted and the Clerk of the **Eastern** District of California should be directed to release and reconvey the Deed of Trust.

Dated: November 1, 2023                                            Respectfully Submitted,

> /s/ *Peter M. Jones*
> Peter M. Jones
> Attorney for Defendant Tan Minh Vo

## **ORDER**

Upon the application of the Defendant, and good cause appearing therefore,

IT IS HEREBY ORDERED that the $100,000.00 personal recognizance bond in the above matter is hereby exonerated.  The Clerk of the **Eastern** District of California is ordered to release the $100,000.00 Deed of Trust now on file at the Santa Clara County Recorder's Office as Document No. 24140521, and to reconvey the deed to Stephany Tran.
IT IS SO ORDERED.

Dated:  **November 3, 2023**                     /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE